Dennis R. SIPLE; Marion C. Siple, Plaintiffs–Appellants,

v.

FIRST FRANKLIN FINANCIAL CORP., as originating lender and note holder; U.S. Bank National Association, as successor trustee to Bank of America, N.A., as an assignee of the Deed of Trust; NationStar Mortgage, LLC, as second assignee of Deed of Trust as Trustee for the Merrill Lynch–First Franklin Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates Series 2007-4, LLC; Bank of America, N.A., as a loan servicer; Mortgage Electronic Registration Systems, Inc., a/k/a MERS and nominee of Bank of America; Juan Soto, as agent for MERS; Wendy Sevier, agent for Bank of America, N.A.; NationStar Mortgage, LLC, as a loan servicer; Mark D. Meyer, as trustee; John A. Ansell, III, as trustee; Kenneth Savitz, as trustee; Diane S. Rosenberg, as trustee; Equifax; TransUnion; Experian, Jointly and severally as credit reporting agencies, inclusively; Does 1-20, as parties yet unknown, Defendants–Appellees.

No. 15-2446

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2016

Decided: June 2, 2016

Dennis R. Siple, Marion C. Siple, Appellants Pro Se. Craig Robert Haughton, McGuireWoods, LLP, Atlanta, Georgia; Mark David Meyer, Rosenberg & Associates, LLC, Bethesda, Maryland; Nathan Daniel Adler, Neuberger, Quinn, Gielen, Rubin & Gibber, PA, Baltimore, Maryland; Robert J. Schuckit, Schuckit & Associates PC, Zionsville, Indiana; Sandy David Baron, Shulman, Rogers, Gandal, Pordy & Ecker, PA, Potomac, Maryland, for Appellees.

Before MOTZ, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis R. Siple and Marion C. Siple appeal the district court's orders dismissing their civil action regarding the foreclosure of the Siples' property and denying their Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Siple v. First Franklin Fin. Corp., No. 1:14-cv-02841-RDB (D. Md. May 15, 2015; Oct. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.